FILED

2011 NOV -9 AM 9: 39

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JESSICA K. MILLS, and
JOHN EMORY MILLS,

    Plaintiffs,

vs.                                           Case No.: 3:11-cv-378-J-20JRK

RIVER BEND PARTNERS, L.L.C. d/b/a
CASA DEL RIO ST. JOHNS APARTMENTS,

    Defendant.

_____/

## ORDER

Before this Court is Plaintiffs' Motion for Entry of Default Final Judgment (Doc. 11, filed October 19, 2011). On April 20, 2011, Plaintiffs filed their Complaint (Doc. 1) in the above-styled case. On August 10, 2011, the Clerk of the Court entered a default against Defendant. To date, Defendant has failed to file or serve a responsive pleading or other paper in this action.

Therefore, it is **ORDERED** and **ADJUDGED**:

1. Plaintiffs' Motion for Entry of Default Final Judgment (Doc. 11, filed October 19, 2011) is **GRANTED**;

2. Plaintiffs are awarded $4,000.00, from Defendant. This total consists of a statutory award of damages, pursuant to 15 U.S.C. § 1692d(1), in the amount of $1,000.00, as to each Plaintiff; and a statutory award of damages, pursuant to Fla. Stat. § 559.55, in the amount of $1,000.00, as to each Plaintiff;

3. Pursuant to Federal Rule of Civil Procedure 55(b), the Clerk shall enter default judgment against River Bend Partners, L.L.C. d/b/a Casa Del Rio St. Johns Apartments in accordance with the above amounts;

4. The Marshal is directed to personally serve a copy of this Order on the Defendant;

5. This Court will retain jurisdiction over this matter to determine, upon proper motion, the reasonable amount of attorney's fees and costs to be awarded to the Plaintiffs; and

6. The Clerk is directed to terminate all pending motions and **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida this 8 day of November, 2011.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Clyde M. Collins, Jr., Esq.
U.S. Marshal's Office