FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

2011 DEC -6 PH 2: 14

CLERK. US DISTRICT COURT
  MIDDLE DISTRICT OF FL
  JACKSONVILLE FLORIDA

JESSICA K. MILLS, and
JOHN EMORY MILLS,

     **Plaintiffs,**

vs.                                                                 **Case No.: 3:11-cv-378-J-20JRK**

RIVER BEND PARTNERS, L.L.C. d/b/a
CASA DEL RIO ST. JOHNS APARTMENTS,

     **Defendant.**

_____/

## O R D E R

    This cause is before this Court on Plaintiffs' Motion for Award of Attorney's Fees and

Costs (Doc. 15, filed November 16, 2011). No response was filed to the motion.

    On April 20, 2011, Plaintiffs filed a Complaint (Doc. 1) against Defendant, alleging

violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.; the Florida

Consumer Collection Practices Act, Fla. Stat. § 559.55, et seq.; and the Florida Deceptive and

Unfair Trade Practices Act, Fla. Stat. § 501, et. seq.  On November 10, 2011, pursuant to the

Default Judgment in a Civil Case (Doc. 14), this Court entered Judgment for Plaintiffs against

Defendant.

    In the instant motion, Plaintiffs seeks an award of attorney's fees and costs, as the

prevailing party.  Specifically, Plaintiffs seek attorney's fees in the amount of $5,816.25, and

costs in the amount of $390.00; for a total of $6,206.25.  Plaintiffs represent that the attorney's

fees were calculated using counsel's charged rate of $275.00 an hour, multiplied under the

lodestar calculation of 1.5, for a net hourly rate of $412.50.  In support of this request, Plaintiffs

have provided an affidavit from Clyde M. Collins, Jr., and a detailed time sheet of the time spent

on this litigation. Based on this Court's review of all the documents and attachments submitted

in relation to the instant motion, it appears that the amount being requested by Plaintiffs,

pursuant to the lodestar method, is somewhat unreasonable. Therefore, this Court, in its

discretion, finds that Plaintiffs are entitled to $4,267.50 in attorney's fees and costs; an amount

calculated by using counsel's charged rate of $275.00, which this Court finds reasonable.

Accordingly, it is **ORDERED**:

1. Plaintiffs' Motion for Award of Attorney's Fees and Costs (Doc. 15, filed November

16, 2011) is **GRANTED** to the extent that Plaintiff is awarded **$3877.50** in attorney's fees, and

costs are taxed in the amount of **$390.00**, for a total of **$4,267.50**.

2. The Clerk is directed to amend the Default Judgment in a Civil Case (Doc. 14, filed

November 10, 2011) to include the total of **$4,267.50** for attorneys' fees and costs;

3. The Marshal is directed to personally serve a copy of this Order on the Defendant; and

4. The Clerk is directed to terminate all pending motions and **CLOSE** this case.


**DONE AND ENTERED** at Jacksonville, Florida, this _____ day of December, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Clyde M. Collins, Jr., Esq.
U.S. Marshal's Office

2